**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Tracey Martin                       CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 22-10100 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper and index same on the master mailing list.

                                             Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
24 Jan 2022, 12:11:15, EST

             KML Law Group, P.C.
             701 Market Street, Suite 5000
             Philadelphia, PA 19106-1532
             (215) 627-1322