UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Tracey Martin,                    :        Chapter 13
         Debtor              :        Bankruptcy No. 22-10100-mdc

## ORDER

AND NOW, it is hereby ORDERED and DECREED that the Motion of the above-named Debtor to Extend Time to File Documents is granted and the Debtor has until **March 4, 2022** to file the missing documents.

BY THE COURT:

February 2, 2022

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge