Tracey Martin
Chapter: 13
Case No. 22-10100- MDC
Applicable CMI Period: August 1, 2021-January 31, 2022

**Income - Greater Homecare Services, Inc.**

**Pay Period End:**

7/11/21  YTD          -$15,714.00

7/11/21               $1,149.00

8/8/21                $17,424.00
(Last pay before starting new employment)

      Total:         $2,859.00
                          /6
                     $476.50

**Income - Health Services, LLC**

12/25/21              $1,800.00
                          /6
                     $300.00

**Income from Smart and Tidy**

**Total income:**      $14,529.48
                          /6
                     $2,421.58

**Total expenses:**    $12,662.08
                          /6
                     $2,110.34

**Total -**            $311.24

08/13/2021

*Tracey Martin

0.00
***NON-NEGOTIABLE***

****This is not a check. *****Advice of deposit only****

*Tracey Martin
194 Ridge Pike
Lafayette Hills PA 19444

**EMPLOYER**
Greater Homecare Services Inc
8110 West Chester Pike
Upper Darby PA 19082

**PAY PERIOD**
Period Beginning: 07/26/2021
Period Ending: 08/08/2021
Pay Date: 08/13/2021
Total Hours: 47.25

**EMPLOYEE**
*Tracey Martin
194 Ridge Pike
Lafayette Hills PA 19444

NET PAY: $503.87
Acct#....5927: $503.87

MEMO:

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 47.25 | 12.00 | 567.00 | 17,424.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Upper Darby Local Tax | 2.00 | 32.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 0.00 |
| Social Security | 35.16 | 1,080.29 |
| Medicare | 8.22 | 252.65 |
| PA Income Tax | 17.41 | 534.93 |
| PA SUI Employee | 0.34 | 10.46 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $567.00 | $17,424.00 |
| Taxes | $61.13 | $1,878.33 |
| Deductions | $2.00 | $32.00 |

Net Pay    $503.87

07/16/2021

*Tracey Martin

0.00
***NON-NEGOTIABLE***

****This is not a check. *****Advice of deposit only****

*Tracey Martin
194 Ridge Pike
Lafayette Hills PA 19444

**EMPLOYER**
Greater Homecare Services Inc
8110 West Chester Pike
Upper Darby PA 19082

**PAY PERIOD**
Period Beginning: 06/28/2021
Period Ending: 07/11/2021
Pay Date: 07/16/2021
Total Hours: 95.75

**EMPLOYEE**
*Tracey Martin
194 Ridge Pike
Lafayette Hills PA 19444

NET PAY: $1,023.14
Acct#....5927: $1,023.14

MEMO:

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 95.75 | 12.00 | 1,149.00 | 15,714.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Upper Darby Local Tax | 2.00 | 28.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 0.00 |
| Social Security | 71.24 | 974.27 |
| Medicare | 16.66 | 227.85 |
| PA Income Tax | 35.27 | 482.43 |
| PA SUI Employee | 0.69 | 9.43 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,149.00 | $15,714.00 |
| Taxes | $123.86 | $1,693.98 |
| Deductions | $2.00 | $28.00 |
| **Net Pay** | **$1,023.14** | |

365 HEALTH SERVICES LLC
325 CHESTNUT STREET SUITE 1005
PHILADELPHIA, PA-19106

Period Beginning: 12/19/2021
Period Ending: 12/25/2021
Pay Date: 12/30/2021

Filing Status: Head of household
Exemptions/Allowances:
  Federal: Standard Withholding Table

TRACEY E MARTIN
194 RIDGE PIKE
LAFAYETTE HILL PA 19444

### Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.5000 | 40.00 | 500.00 | 1,600.00 |
| **Gross Pay** | | | **$500.00** | 1,600.00 |

**Important Notes**
COMPANY PH#: 215 309 5654

BASIS OF PAY: HOURLY

### Deductions

| Statutory | this period | year to date |
|---|---|---|
| Federal Income Tax | -13.85 | 41.55 |
| Social Security Tax | -31.00 | 111.60 |
| Medicare Tax | -7.25 | 26.10 |
| PA State Income Tax | -15.35 | 55.26 |
| Lower Merion Local Svc Tax | -1.00 | 4.00 |
| Whitemarsh T Income Tax | -6.25 | 22.50 |
| PA SUI Tax | -0.30 | 1.08 |

**Net Pay** $425.00
Chkck1  -425.00
**Net Check** $0.00

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA: Single
Exemptions/Allowances:
  PA: N/A

Your federal taxable wages this period are $500.00

---

365 HEALTH SERVICES LLC
325 CHESTNUT STREET SUITE 1005
PHILADELPHIA, PA-19106

Advice number: 00000524751
Pay date: 12/30/2021

Deposited to the account of
TRACEY E MARTIN

| account number | transit | ABA | amount |
|---|---|---|---|
| XXXXXXXX6593 | XXXX | XXXX | $425.00 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**



Smartin - PAnd L 2021
July - Dec 2021

| Month | Gross | Expenses |
|---|---|---|
| July | $2421.58 | $2103.68 |
| Aug | $2421.58 | $2103.68 |
| Sept | $2421.58 | $2103.68 |
| Oct | $2421.58 | $2103.68 |
| Nov | $2421.58 | $2103.68 |
| Dec | $2421.58 | $2103.68 |
| | $14,529.48 | $12,622.08 |