**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                Chapter 13

                Bankruptcy No. 22-10100-MDC

TRACEY MARTIN

194 RIDGE PIKE

LAFAYETTE HILL, PA 19444

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    TRACEY MARTIN

    194 RIDGE PIKE

    LAFAYETTE HILL, PA 19444

Counsel for debtor(s), by electronic notice only.

    BRENNA HOPE MENDELSOHN, ESQ
    637 WALNUT ST

    READING, PA 19601-

                                      /S/ Kenneth E. West

Date: 4/7/2022                    _____

                                      Kenneth E. West, Esquire
                                      Chapter 13 Standing Trustee