Certificate Number: 20102-PAE-DE-037287077

Bankruptcy Case Number: 22-10100



20102-PAE-DE-037287077

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 23, 2023, at 2:54 o'clock PM EDT, Tracey Martin completed a course on personal financial management given by internet by 1stopbk.com Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  March 23, 2023         By:  /s/Marcy Walter

                              Name:  Marcy Walter

                              Title:  President-Manager