Certificate Number: 20102-PAE-DE-037287077

Bankruptcy Case Number: 22-10100



20102-PAE-DE-037287077

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 23, 2023</u>, at <u>2:54</u> o'clock <u>PM EDT</u>, <u>Tracey Martin</u> completed a course on personal financial management given <u>by internet</u> by <u>1stopbk.com Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   March 23, 2023          By:   /s/Marcy Walter

                                Name: Marcy Walter

                                Title: President-Manager