**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION**

IN RE:                                            :          CHAPTER 13
                                                  :
      TERRENCE PETER PACHECO                      :          Case No.  17-18454-pmm
            Debtor                                :
                                                  :

**<u>ORDER</u>**

Upon consideration of Debtor's Motion to Extend Time, **IT IS ORDERED** that Debtor's

Motion is **GRANTED**.  Debtor shall file a certificate regarding domestic support obligations

pursuant to 11 U.S.C. § 1328(a) by __April 12_____, 2023.  Debtor shall file a

statement regarding competition of an instructional course concerning personal financial

management by __April 12_____, 2023.


                                                  BY THE COURT:

Dated: 3/27/23

                                                  _____
                                                  PATRICIA M. MAYER
                                                  United States Bankruptcy Judge