**Fill in this information to identify the case:**

Debtor 1     Tracey  Martin

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: <u>Eastern</u> District of <u>PA</u>

Case number   <u>22-10100 MDC</u>

## Form 4100R

# Response to Notice of Final Cure Payment                         10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

| Part 1: | Mortgage Information |
|---|---|

| **Name of Creditor:** | Nationstar Mortgage LLC | **Court claim no.** (if known):    1-1 |
|---|---|---|

**Last 4 digits** of any number you use to identify the debtor's account:     6109
**Property address:**

194 Ridge Pike
Lafayette Hill, PA 19444

| Part 2: | Prepetition Default Payments |
|---|---|

*Check one:*

☐ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☒ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:                                                                                                   $ 69,704.93

| Part 3: | Postpetition Mortgage Payment |
|---|---|

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with
§ 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| | | | |
|---|---|---|---|
| a. | Total postpetition ongoing payments due: | (a) | $ 3,348.47 |
| b. | Total fees, charges, expenses, escrow, and costs outstanding: | + (b) | $ |
| c. | **Total.** Add lines a and b. | (c) | $ 3,348.47 |

Creditor asserts that the debtor(s) are contractually obligated for
the postpetition payment(s) that first became due on: 01/01/2023
– contractually due for 11/01/2019.

Debtor(s)   <u>Tracey  Martin</u>
First Name      Middle Name            Last Name

Case Number *(if known)*: 22-10100 MDC

---

| **Part 4:** | **Itemized Payment History** |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

■   all payments received;
■   all fees, costs, escrow, and expenses assessed to the mortgage; and
■   all amounts the creditor contends remain unpaid.

---

| **Part 5:** | **Sign Here** |
|---|---|

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐  I am the creditor.
☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

<u>/s/ Michael Farrington</u>          Date      <u>4/4/2023</u>

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

---

Form 4100R                        Response to Notice of Final Cure Payment                        page 2